AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 15 2020

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Sergio Garcia<br>YOB: 1967, COC: MEX<br><br>_Defendant(s)_ | Case No. M-20-0093-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 13, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 554 | Did knowingly and willfully conspired to export or send from the United States, any merchandise, article, or object, to wit: five AK47 kits and one M1919 A4 kit, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_Approved by_
[signature]

_[signature]_
Complainant's signature

Gregory Connolly, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/13/2020  8:54 am

_[signature]_
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
_Printed name and title_

ATTACHMENT A

On January 13, 2020, law enforcement authorities detained Sergio GARCIA (hereinafter known as GARCIA), who lacked status to be in the United States, in McAllen, Texas. At the time of GARCIA's detention, he was in possession of a 5 AK47 kits and one M1919 A4 kit ("the defense articles"), all of which were subsequently seized.

Subsequently, at the McAllen Homeland Security Investigations ("HSI") office, GARCIA waived his Miranda rights both verbally and in writing. During a post-Miranda interview, GARCIA admitted to picking up the AK47 weapons kits, as well as the M1919 A4 kit so he could provide them to another individual for illegal export from the United States into Mexico. GARCIA stated he knew it was illegal to smuggle firearms and firearms parts into Mexico from the United States and he did not have a license to do so. GARCIA further stated he was going to be paid $100 to do so for his role in the conspiracy.

According to the U.S. Department of State, Office of Defense Trade Controls Compliance (DTCC), the seized defense articles are determined to be defense articles described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (Title 22, United States Code, 2778).